1

2

3            IN THE UNITED STATES DISTRICT COURT

4          FOR THE EASTERN DISTRICT OF CALIFORNIA

5

6    RODERICK WASHINGTON,                    1:05-cv-01488-AWI-TAG-HC

7            Petitioner,

8        vs.                                 REPORT AND RECOMMENDATION
                                             TO DISMISS PETITION
9    ALLEN K. SCRIBNER,
                                             (Doc. 1)
10           Respondent.
                                         /
11

          Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus
12
     pursuant to 28 U.S.C. § 2254.
13
          On December 27, 2005, the Court issued an order requiring Petitioner to submit a certified
14
     copy of his prison trust account statement for the entire six-month period immediately preceding the
15
     filing of the petition or pay the $5.00 filing fee for this action, within thirty days from the date of
16
     service of that order.  (Doc. 3).  The thirty-day period has passed, and Petitioner has failed to comply
17
     with or otherwise respond to the Court's order.
18
          In determining whether to dismiss an action for lack of prosecution, the Court must consider
19
     several factors: (1) the public's interest in expeditious resolution of litigation; (2) the Court's need to
20
     manage its docket; (3) the risk of prejudice to the Respondents; (4) the public policy favoring
21
     disposition of cases on their merits; and, (5) the availability of less drastic alternatives.  Henderson v.
22
     Duncan, 779 F.2d 1421, 1423 (9th Cir. 1986); Carey v. King, 856 F.2d 1439 (9th Cir. 1988).  The
23
     Court finds that the public's interest in expeditiously resolving this litigation and the court's interest
24
     in managing the docket weigh in favor of dismissal, as this case has been pending since August 23,
25
     2005.  The third factor, risk of prejudice to Respondents, also weighs in favor of dismissal, since a
26
     presumption of injury arises from the occurrence of unreasonable delay in prosecuting an action.
27

28
                                         1

1  Anderson v. Air West, 542 F.2d 522, 524 (9th Cir. 1976).  The fourth factor -- public policy favoring

2  disposition of cases on their merits -- is greatly outweighed by the factors in favor of dismissal

3  discussed herein.  Finally, a court's warning to a party that failure to obey the court's order will

4  result in dismissal satisfies the "consideration of alternatives" requirement.  Ferdik v. Bonzelet, 963

5  F.2d at 1262; Malone, 833 at 132-33; Henderson, 779 F.2d at 1424.  The Court's order of December

6  27, 2005, expressly stated: "Failure to comply with this order will result in a recommendation that

7  this action be dismissed."  (Doc. 3).  Thus, Petitioner had adequate warning that dismissal would

8  result from his noncompliance with the Court's order.

9                                    **RECOMMENDATION**

10         Accordingly, the Court HEREBY RECOMMENDS that this action be DISMISSED for

11  Petitioner's failure to prosecute and failure to comply with an order of the Court.  This Report and

12  Recommendation is submitted to the United States District Court Judge assigned to the case pursuant

13  to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the

14  United States District Court, Eastern District of California.  Within thirty (30) days after being

15  served with a copy, any party may file written objections with the Court and serve a copy on all

16  parties.  Such a document should be captioned "Objections to Magistrate Judge's Report and

17  Recommendation."  Replies to the objections shall be served and filed within ten (10) court days

18  (plus three days if served by mail) after service of the objections.  The Court will then review the

19  Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C).  The parties are advised that failure

20  to file objections within the specified time may waive the right to appeal the District Court's order.

21  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

22

23  IT IS SO ORDERED.

24  Dated:   **July 19, 2006**                                      **/s/ Theresa A. Goldner**
       **j6eb3d**                                              UNITED STATES MAGISTRATE JUDGE

25

26

27

28                                               2