1

2

3

4

5

6

7

8

9      UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11

12  RODERICK WASHINGTON,                )
                                        )   1:05-cv-01488-AWI-TAG HC
             Petitioner,                )
13                                      )   ORDER ADOPTING FINDINGS AND
                                        )   RECOMMENDATION
14     v.                               )   (Doc. 13)
                                        )
15                                      )   ORDER DENYING MOTION TO REOPEN
    ALLEN K. SCRIBNER,                   )   CASE AND/OR VACATE JUDGMENT
16                                      )   (Doc. 8)
             Respondent.                )
17  _____ )

18

       Petitioner is a state prisoner who had been proceeding pro se with a petition for writ of
19
    habeas corpus pursuant to 28 U.S.C. § 2254.
20
       On October 13, 2006, the Court entered judgment dismissing the original petition in this case
21
    for Petitioner's failure to pay the $5.00 filing fee.  (Doc. 7).  On September 9, 2007, Petitioner filed a
22
    motion to reopen the case or vacate judgment.  (Doc. 8).  October 18, 2007, the Magistrate Judge
23
    assigned to the case filed a Findings and Recommendation recommending that the motion to reopen
24
    the case or vacate judgment be denied.  (Doc. 13).  The Findings and Recommendation was served
25
    on all parties and contained notice that any objections were to be filed within fifteen days from the
26
    date of service of that order.  On October 26, 2007, Petitioner filed objections to the Magistrate
27
    Judge's Findings and Recommendation.  (Doc. 14).
28

                                        1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*

2  *novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's objections,

3  the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the

4  record and proper analysis.  Petitioner's objections present no grounds for questioning the Magistrate

5  Judge's analysis.   Petitioner fails to provide evidence that prison officials prohibited him from

6  paying the filing fee or filing a completed application to proceed in forma pauperis for a year.

7  Accordingly, IT IS HEREBY ORDERED that:

8        1.      The Findings and Recommendation issued October 18, 2007 (Doc. 13), is ADOPTED

9                IN FULL; and,

10       2.      The motion to reopen the case and/or vacate the judgment (Doc. 8),  is DENIED.

11

12  IT IS SO ORDERED.

13  **Dated:    November 2, 2007**                      _/s/ Anthony W. Ishii_
                                                        UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28